[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-16543
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 19, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00208-CR-J-34-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LONELL BERNARD GADSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 19, 2009)

Before BIRCH, HULL and HILL, Circuit Judges.

PER CURIAM:

Lynn Palmer Bailey, appointed counsel for Lonell Bernard Gadson in this

direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gadson's conviction and sentence are **AFFIRMED**.